IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HARI DILLON,<br><br>    Defendant. | No. CR 10-00500 CRB<br><br>**ORDER DENYING APPLICATION FOR STAY OF SURRENDER DATE** |

Defendant Hari Dillon's application for a stay of his surrender date, filed with the Court July 17, 2013, is DENIED.

**IT IS SO ORDERED.**

Dated: July 17, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\500\order re stay.wpd